UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:09-CR-5-1H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| DONALD HEATH SCOTT | ) | |

Upon motion of the United States, it is hereby ORDERED Docket Entry Number 40 be sealed until such time as requested to be unsealed by the United States Attorney.

It is FURTHER ORDERED that the Clerk provide a signed copy of the Order to the United States Attorney's Office.

This the _____23rd_____ day of December , 20 10.

_____
MALCOLM J. HOWARD
SENIOR UNITED STATES DISTRICT JUDGE