IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:09-CR-00005-H

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.  ) | |
| ) | **ORDER** |
| DONALD HEATH SCOTT, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on Defendant's Motion For Court Order To Set Schedule Of Payments And Restitution filed December 3, 2012. During the term of incarceration, payment of all fines is determined by the rules of the Inmate Financial Responsibility Program, a program run solely by the Bureau of Prisons. Therefore, defendant's motion [DE #71] is hereby DENIED.

This 30th day of January 2013.

_____
MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, N.C.
#26